IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>       Plaintiff,<br><br>  v.<br><br>MARK FREIBURGHAUS,<br><br>       Defendant.<br>                                           / | No. CR 09-00019 CW<br><br>ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION REGARDING GUILTY PLEA |

    The Court has reviewed Magistrate Judge Laurel Beeler's Report and Recommendation Regarding Guilty Plea and adopts the Recommendation in every respect.  Accordingly,

    Defendant Mark Freiburghaus' plea of guilty is accepted by the Court as to Count One of the Information charging Defendant Mark Freiburghaus with possession of child pornography in violation of 18 U.S.C. § 2252(a)(4)(B).  Sentencing is set for April 28, 2010, at 2:00 p.m.  The Defendant is referred to the U.S. Probation Office for preparation of a Presentence Report.

Dated:  2/19/10

                                          CLAUDIA WILKEN<br>                                          United States District Judge

cc: U.S. Probation; LB; Wings