STEVEN G. KALAR
Federal Public Defender
NED SMOCK
Assistant Federal Public Defender
1301 Clay Street, Suite 1350N
Oakland, CA 94612
Telephone: (510) 637-3500
Fax: (510) 637-3507
Email: ned_smock@fd.org

Counsel for Defendant
MARK FREIBURGHAUS

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>PLAINTIFF,<br>v.<br>MARK FREIBURGHAUS,<br><br>DEFENDANT. | CR 09-00019 CW<br><br>STIPULATION AND [P<small>ROPOSED</small>] O<small>RDER</small> R<small>ELEASING</small> D<small>EFENDANT</small> F<small>ROM</small> M<small>ARSHAL</small> C<small>USTODY</small> |

Mark Freiburghaus appeared before this Court on May 24, 2016 following the filing of a petition charging violations of the terms of his supervised release. The parties and United States Probation agreed that he should be released to a halfway house while the Form 12 petition is pending and the parties investigate the alleged violations. The Court agreed to sign a release order once Judge Wilken modified the conditions of Mr. Freiburghaus' supervised release to include placement in the halfway house and once all necessary paperwork was completed.

At the parties' request, Judge Wilken signed an order modifying the conditions of Mr. Freiburghaus' supervised release to include placement at GEO Care in San Francisco for up to 120 days, as well as a requirement that he not contact the alleged victim without prior approval from

CR 09-00019 CW

1

1  United States Probation.  United States Probation has since finalized all necessary paperwork with
2  the Bureau of Prisons and GEO Care so that the he may be admitted to the halfway house
3  immediately.
4      Accordingly, the parties request that the Court sign the attached release order.  United
5  States Probation Officer Octavio Magana has reviewed this stipulation and proposed order and is
6  in agreement with this course of action.
7
8  DATED: May 31, 2016                  /S/
                                                     NED SMOCK
9                                                       Assistant Federal Public Defender
                                                     Counsel for Mark Freiburghaus
10
11 DATED: May 31, 2016                  /S/
                                                     AARON WEGNER
12                                                     Assistant United States Attorney

25 CR 09-00019 CW

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 09-0019 CW |
| PLAINTIFF, | [~~PROPOSED~~] RELEASE ORDER |
| v. | |
| MARK FREIBURGHAUS | |
| DEFENDANT. | |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that Mark Freiburghaus be released from the custody of the United States Marshal on this matter.

Mr. Freiburghaus shall report directly to the GEO Care Facility at 111 Taylor Street in San Francisco and shall observe the rules of that facility. Mr. Freiburghaus is ordered to appear before Judge Wilken on June 7, 2016 at 2:00 p.m. for status.

IT IS SO ORDERED.

DATED:   5/31/16                              _____
                                              HON. KANDIS WESTMORE
                                              UNITED STATES MAGISTRATE JUDGE

CR 09-00019 CW

3